**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of David A. Snyder
By: David A. Snyder ds0475
2 White Horse Pike
Haddon Heights, NJ 08035
856-547-5888
fax 856-547-5885
e-mail: dasnyderlaw@aol.com
Attorney for Debtor, Noreen Gul

Order Filed on October 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Noreen Gul

Case No.: ___14-17116_

Chapter: __13_____

Judge: _Altenburg____

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 8, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _ the Debtor, Noreen Gul___ for a reduction of time for a hearing on _Motion for post petition financing___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __October 23, 2018__ at _10 am_ in the United States Bankruptcy Court, _District of NJ, _____, Courtroom No. 4D_____.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _ Isabel C. Balboa, Trustee, Jill T. Bryan, Esquire, Sean M. O'Brien, Esquire, Joel A. Ackerman, Esquire _ Melissa S. DiCerbo, Esquire, Joshua I. Goldman, Esquire, Alexandra T. Garcia, Charles G. Wohlrab, Esquire _____

by ☒ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to ___Trustee, secured creditors and their counsel___

☐ on the same day as the date of this Order, or

☒ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

2

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*Rev.2/1/16*

3

Case 14-71716-AWA Doc 170-1 Filed 08/06/18 Entered 08/06/18 22:41:00 Desc Main
Proposed Order Page 3 of 3