UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of David A. Snyder
By: David A. Snyder ds0475
2 White Horse Pike
Haddon Heights, NJ 08035
856-547-5888
fax 856-547-5885
e-mail: dasnyderlaw@aol.com
Attorney for Debtor, Noreen Gul

Order Filed on October 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Noreen Gul

Case No.:    ___14-17116_

Chapter:    __13_____

Judge:    _Altenburg_____

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 8, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _ the Debtor, Noreen Gul___ for a reduction of time for a hearing on _Motion for post petition financing___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __October 23, 2018__ at _10 am_ in the United States Bankruptcy Court, _District of NJ, _____, Courtroom No. 4D_____.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _ Isabel C. Balboa, Trustee, Jill T. Bryan, Esquire, Sean M. O'Brien, Esquire, Joel A. Ackerman, Esquire _

Melissa S. DiCerbo, Esquire, Joshua I. Goldman, Esquire, Alexandra T. Garcia, Charles G. Wohlrab, Esquire _____

by ☒ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _Trustee, secured creditors and their counsel_

☐ on the same day as the date of this Order, or

☒ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

2

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*Rev.2/1/16*

3

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 14-17116-ABA
Noreen Gul                                                     Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1             Date Rcvd: Oct 09, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db            +Noreen Gul,    3 North Syracuse Drive,    Cherry Hill, NJ 08034-1228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The
               Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT,
               Inc., Alternative Loan Trust 2006-34, Mortgage Pass-Thr NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-34) cwohlrab@logs.com, njbankruptcynotifications@logs.com
              David A. Snyder    on behalf of Debtor Noreen  Gul dasnyderlaw@aol.com,
               G26258@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jill T. Bryan    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-34, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-34 jtb.assistant1@verizon.net
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-34) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-34, Mortgage
               Pass-Through Certificates, Series 2006-34 sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-34, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-34 sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS
               TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN
               ASSET-BACKED CERTIFICATES, SERIES 2006-S3 sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Interested Party    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-34,
               Mortgage Pass-Through Certificates, Series 2006-34 sobrien@flwlaw.com
                                                                                              TOTAL: 13