UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of David A. Snyder
BY: David A. Snyder, Esquire  ds0475
11 W. Ormond Avenue
Suite 150 C
Cherry Hill, NJ  08002
856-547-5888
(f) 856-547-5885
e-mail: dasnyderlaw@aol.com

Order Filed on October 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Noreen Gul

Case Number: _14-17116__

Hearing Date: _10/23/18___

Judge: _____Altenburg___

Chapter: __13_____

Recommended Local Form:  ___ Followed  X  Modified

ORDER GRANTING DEBOTR'S APPLICATION

FOR POST PETITION FINANCING

The relief set forth on the following page is hereby ORDERED.

**DATED: October 31, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

This matter having been opened to the Court by David A. Snyder, attorney for the Debtor, Noreen Gul, on a Motion for Order Granting the Debtor to Obtain Post-Petition Financing, having considered the pleadings in this matter, the arguments of counsel and for good cause shown, it is

ORDERED that the Debtor's Motion Requesting an Order Permitting the Debtor to obtain Post-Petition Financing is hereby granted and the Debtor may obtain the lease for the vehicle identified by the Debtor in her moving papers at the monthly lease payment of $589.00; and

IT IS FURTHER ORDERED the Debtor's Chapter 13 Plan that was amended effective October 1, 2015, requiring monthly payments by the Debtor of $673.00 per month shall remain for the remaining 6 months in the plan; and

IT IS FURTHER ORDERED the following conditions requested by the Trustee shall remain as follows:

a. The Court will not entertain an application by the Debtor to modify the current plan to reduce the amount paid to any secured or unsecured creditor.

b. The Court may dismiss the petition if a deficiency claim is filed at the termination of the lease.