UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of David A. Snyder
BY: David A. Snyder, Esquire  ds0475
11 W. Ormond Avenue
Suite 150 C
Cherry Hill, NJ  08002
856-547-5888
(f) 856-547-5885
e-mail: dasnyderlaw@aol.com

**Order Filed on October 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Noreen Gul

Case Number: _14-17116__

Hearing Date: _10/23/18___

Judge: _____Altenburg___

Chapter: __13_____

Recommended Local Form: ___ Followed  X  Modified

ORDER GRANTING DEBOTR'S APPLICATION

FOR POST PETITION FINANCING

The relief set forth on the following page is hereby ORDERED.

**DATED: October 31, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

This matter having been opened to the Court by David A. Snyder, attorney for the Debtor, Noreen Gul, on a Motion for Order Granting the Debtor to Obtain Post-Petition Financing, having considered the pleadings in this matter, the arguments of counsel and for good cause shown, it is

ORDERED that the Debtor's Motion Requesting an Order Permitting the Debtor to obtain Post-Petition Financing is hereby granted and the Debtor may obtain the lease for the vehicle identified by the Debtor in her moving papers at the monthly lease payment of $589.00; and

IT IS FURTHER ORDERED the Debtor's Chapter 13 Plan that was amended effective October 1, 2015, requiring monthly payments by the Debtor of $673.00 per month shall remain for the remaining 6 months in the plan; and

IT IS FURTHER ORDERED the following conditions requested by the Trustee shall remain as follows:

a.  The Court will not entertain an application by the Debtor to modify the current plan to reduce the amount paid to any secured or unsecured creditor.

b.  The Court may dismiss the petition if a deficiency claim is filed at the termination of the lease.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 14-17116-ABA
Noreen Gul                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1              Date Rcvd: Oct 31, 2018
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db              +Noreen Gul,   3 North Syracuse Drive,    Cherry Hill, NJ 08034-1228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
          Alexandra T. Garcia   on behalf of Creditor   Bayview Loan Servicing, LLC as servicer for The
           Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT,
           Inc., Alternative Loan Trust 2006-34, Mortgage Pass-Thr NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Charles G. Wohlrab   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-34) cwohlrab@logs.com, njbankruptcynotifications@logs.com
          David A. Snyder   on behalf of Debtor Noreen  Gul dasnyderlaw@aol.com,
           G26258@notify.cincompass.com
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Donna L. Wenzel   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jill T. Bryan   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
           TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-34, MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2006-34 jtb.assistant1@verizon.net
          Joshua I. Goldman   on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Melissa S DiCerbo   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-34) nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Sean M. O'Brien   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
           as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-34, Mortgage
           Pass-Through Certificates, Series 2006-34 sobrien@flwlaw.com
          Sean M. O'Brien   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-34, MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2006-34 sobrien@flwlaw.com
          Sean M. O'Brien   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS
           TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN
           ASSET-BACKED CERTIFICATES, SERIES 2006-S3 sobrien@flwlaw.com
          Sean M. O'Brien   on behalf of Interested Party   The Bank of New York Mellon fka The Bank of New
           York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-34,
           Mortgage Pass-Through Certificates, Series 2006-34 sobrien@flwlaw.com
                                                                                    TOTAL: 14